GLPC | LAW OFFICE OF
GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 Glevy@glpcfirm.com (347) 941-4715

September 16, 2026

Hon. Judge Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: **WILLIAMS v. 130 SAINT MARKS LLC, et al.**
**DOCKET NO. 1:26-cv-3197**

Dear Judge Stein:

The undersigned represents Plaintiff Jeffery Williams in the above referenced matter. I write to request a 30-day adjournment of the upcoming conference, currently scheduled for September 25, 2026 (Doc. 9).

This action was commenced on April 20, 2026 (Doc. 1). Since filing, I have been contacted by Doreen Fischman, Esq., counsel for Defendant 130 St. Marks Place Limited Liability Company. Ms. Fischman and I have made significant progress toward a potential settlement and are continuing to discuss an early resolution of this matter.

Accordingly, the parties jointly request a 30 day adjournment to allow them additional time to continue and, if possible, conclude those discussions. In addition, September 25th falls immediately before the Jewish holiday of Sukkot, and neither counsel will be available to appear on that date.

For these reasons, the parties respectfully request that the September 25, 2026 conference be adjourned for approximately 30 days to a date convenient for the Court.

I thank the Court for its time and consideration on this matter.

Respectfully,
/s/ Gabriel A. Levy

**The initial pretrial conference is adjourned to October 28, 2026, at 2:30 p.m.**

**Dated: New York, New York**
**September 16 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**